COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS



| | § | |
|---|---|---|
| GARY LANDERS, | § | No. 08-14-00100-CR |
| Appellant, | § | Appeal from the |
| v. | § | 158th District Court |
| THE STATE OF TEXAS, | § | of Denton County, Texas |
| State. | § | (TC# F-2010-1639-B) |
| | § | |

## **O R D E R**

The Court GRANTS the Appellant's third motion for extension of time to file the brief until **September 3, 2014.** NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE APPELLANT'S BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. David Richards, the Appellant's Attorney, prepare the Appellant's brief and forward the same to this Court on or before September 3, 2014.

IT IS SO ORDERED this 20th day of August, 2014.

PER CURIAM

Before McClure, C.J., Rivera, and Rodriguez, JJ.